United Sates Marshals Service
District of Connecticut

United States Marshals Return – Final

Southwick Electric, Inc.

        Plaintiff                Case# 3:02CV3270 (DJS)

vs.

M/V "Jennifer Lynn"
O.N 692168 and her engines, rigging and
tackle, etc.

        Defendants

       Marshals Fees and Expenses:

| | |
|---|---|
| Service of Process | $ 90.00 |
| Mileage fees | 36.00 |
| Insurance Pd. | 895.00 |
| Total : | $1,021.00 |

\*\*These cost represent final billings. When final billings have been received and paid, any funds remaining from initial deposit will be remitted back to plaintiff.

                JOHN R. BARDELLI
                United States Marshal

By:    Gary L. Dorsey
        Chief Deputy United States Marshal
        District of Connecticut

Dated January 13, 2004